# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 20-0498V
UNPUBLISHED

|  |  |
|---|---|
| RUBY WILLIAMS, | Chief Special Master Corcoran |
| Petitioner, | Filed: March 23, 2022 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Influenza (Flu) Vaccine; Shoulder Injury Related to Vaccine Administration (SIRVA) |
| Respondent. | |

*Glen Howard Sturtevant, Jr., Rawls Law Group (Richmond), Richmond, VA, for Petitioner.*

*Ryan Daniel Pyles, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On April 24, 2020, Ruby Williams filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she received an influenza ("flu") vaccine in her right deltoid on October 3, 2018, and thereafter suffered from a right-sided shoulder injury related to vaccine administration ("SIRVA"). Petition at 1 (Preamble). Petitioner further alleges that she suffered the effects of her injury for more than six months. Petition at 4-5. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 22, 2022, Respondent filed a combined Rule 4(c) report and Proffer ("Rule 4(c)/Proffer) in which he concedes that Petitioner is entitled to compensation in this

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

case. Rule 4(c)/Proffer at 1. Specifically, Respondent states that "petitioner's claim meets the Table criteria for SIRVA." *Id.* at 3. Respondent further agrees that "petitioner had no history of pain, inflammation or dysfunction of the affected shoulder prior to intramuscular vaccine administration that would explain the alleged signs, symptoms, examination findings, and/or diagnostic studies occurring after vaccine injection; she more likely than not suffered the onset of pain within forty-eight hours of vaccine administration; her pain and reduced range of motion were limited to the shoulder in which the intramuscular vaccine was administered; and there is no other condition or abnormality present that would explain petitioner's symptoms, at least through 2019." *Id.* at 3-4. Respondent states that Petitioner is entitled to a presumption of vaccine causation. *Id*. at 4.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master